PROB 12C
(NYEP-12/2/04)

MAF  DF

# United States District Court
## for the
## Eastern District of New York


FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ MAY 27 2005 ★
PM
TIME AM

### Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Anthony Woods  **Case Number:** 95-CR-135-01

**Name of Sentencing Judicial Officer:** Honorable Sterling Johnson, Jr., United States District Judge

**Date of Original Sentence:** December 15, 1995

**Original Offense:** 18 U.S.C. 922(g)(1), Possession of Firearms Affecting Interstate Commerce, a class D felony

**Original Sentence:** 63 months incarceration, followed by three years supervised release and a $50 special assessment fee.

**Type of Supervision:** Supervised Release  **Date Supervision Commenced:** June 15, 2004

**Assistant U.S. Attorney:** Lee G. Dunst, Esq.  **Defense Attorney:** Dianne T. Renwick, Esq.

## PETITIONING THE COURT

☒ To issue a warrant.
☐ To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | On March 30, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 2. | On March 17, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 3. | On March 3, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 4. | On February 25, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 5. | On January 29, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 6. | On January 20, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall not commit another federal, state or local crime."* |
| 7. | On or about January 20, 2005, the offender violated the following standard condition of supervision: *"[the offender] shall notify the probation officer within 10 days prior to any change of residence or employment."* |

U.S. Probation Officer Recommendation:

☒ The term of supervision should be
   ☒ Revoked
   ☐ Extended for _____ years, for a total term of _____ years.

☐ The conditions of supervision should be modified as follows:

I declare under penalty that the foregoing is true and correct.

Respectfully submitted by:

*Margaret A. Foley*
Margaret A. Foley
Senior U.S. Probation Officer
Date: 5/26/05

Approved by:
*Dan J. William for*
Andrew Bobbe
Deputy Chief U.S. Probation Officer
Date: 5/26/05

THE COURT ORDERS:
☐ No Action
☒ The Issuance of a Warrant.
☐ The Issuance of a Summons.
☐ Other

s/NG
Signature of Judicial Officer

5-26-05
Date